# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60010   Alliance for a Strong U.S. v. EPA
                   USDC No. 89 Fed. Reg. 102,568

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Dimple Chaudhary
Mr. Daniel Jacob Feith
Mr. Todd Sunhwae Kim
Mr. Michael S. Regan
Mr. Jeremy Rozansky
Mr. David Arthur Terry