# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 13, 2025
Lyle W. Cayce
Clerk

No. 25-60010

___

ALLIANCE FOR A STRONG U.S. BATTERY SECTOR; TEXAS CHEMISTRY COUNCIL, INCORPORATED,

*Petitioners,*

*versus*

JANE NISHIDA, *Acting Administrator, United States Environmental Protection Agency*; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

___

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 89 Fed. Reg. 102,568

___

UNPUBLISHED ORDER

Before STEWART, HAYNES, and HIGGINSON, *Circuit Judges*.
PER CURIAM:

IT IS ORDERED that Petitioner's motion for stay pending review of the EPA Regulation Rule is being considered as stated below.[1] EPA is ordered to file a response to this motion by January 17, 2025.

IT IS FURTHER ORDERED that Petitioner's motion for an administrative stay of the Rule's effective date while the court considers the motion for stay is GRANTED temporarily to allow for a response and full consideration.

IT IS FURTHER ORDERED that Petitioner's motion to place motion for stay under seal to which there is not an opposition is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion to place exhibits in support of motion for stay under seal to which there is not an opposition is GRANTED.

---

[1] Judge Higginson concurs in granting the motions to seal, for which the other parties take no position. Judge Higginson would not grant the opposed motion for an administrative stay without giving the EPA an opportunity to respond and would not issue an administrative stay without end date.